**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| **BENJAMIN W. SMITH**<br>**Registration No. 11844-002** | **PETITIONER** |
| **v.**            NO. 2:09CV00047 BSM/JTR | |
| **T.C. OUTLAW, Warden,**<br>**FCI Forrest City, Arkansas** | **RESPONDENT** |

**JUDGMENT**

Consistent with the memorandum and order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 16th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE